IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WAVERLY M. RICHARDSON, JR.,

    Plaintiff,

v.                                          Civil Action No. **3:13CV436**

WILLIAM MUSE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On October 2, 2013, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on December 30, 2013, the Court directed Plaintiff to pay an initial partial filing fee of $22.86 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee.[1] Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Date: 2/14/14
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge

---

[1] Waverly wrote a letter to the Court stating that the Court had granted him *in forma pauperis* status in another action, Civil Action No. 3:13cv159. (ECF No. 6.) Waverly's status in another civil action has no relevance in the instant action. Waverly has failed to aver that he cannot pay the filing for this action.